# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

|  |  |
|---|---|
| RAYONIER ADVANCED MATERIALS INC. and RAYONIER PERFORMANCE FIBERS, LLC, | |
| Plaintiffs, | No. 2:21-CV-63 |
| v. | |
| JOSHUA BYERLY, | |
| Defendant. | |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of Plaintiffs' verified complaint, including Plaintiffs' request for a temporary restraining order, and after considering the evidence and the arguments of the parties at the hearing on this matter held earlier today, the Court finds that Plaintiffs have demonstrated: (1) a substantial likelihood of success on the merits; (2) that Plaintiffs will suffer irreparable harm unless the temporary restraining order issues; (3) the threatened harm to Plaintiffs outweighs the damage the proposed injunction may cause Defendant; and (4) if issued, the temporary restraining order would not be adverse to the public interest. The Court notes that Defendant received notice of Plaintiffs' request for a temporary injunction and was present at the hearing.

Accordingly, it is **HEREBY ORDERED** that Plaintiffs' request for a preliminary injunction is **GRANTED** as follows:

A. Defendant is restrained and enjoined from misappropriating any of Plaintiffs' trade secrets; and

B. Defendant is ordered to return all of Plaintiffs' trade secrets to Plaintiffs in any form in which Defendant has retained said trade secrets within two (2) days from the date of this Order.

C. Plaintiffs are ordered to post a $5,000.00 cash bond as security as required by Rule 65(c) with the Clerk of Court within two (2) days from the date of this Order.

D. This temporary restraining order shall remain in effect until this Court's determination of whether this temporary restraining order should be converted into a preliminary injunction, the hearing for which is scheduled for **Monday, July 12, 2021 at 10:30 a.m**.

**SO ORDERED**, this 29th day of June, 2021, at 4:30 p.m.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA